# Angus James Bell, Esq.
30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

December 9, 2021

**Via ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is approved.  So ordered.
/s/ Alvin K. Hellerstein
December 9, 2021

Re: United States v. Angel Benitez 21Cr377 (AKH)

Dear Judge Hellerstein,

    I am the attorney for Mr. Angel Benitez in the above referenced matter and file this application with the consent of the Government and Pretrial Services for a temporary bond modification to travel to Puerto Rico to attend the funeral services for his brother was died earlier this week. If approved, Mr. Benitez will travel to Puerto Rico December 10th, stay with his grandmother in Caguas, Puerto Rico and return to the District on Tuesday December 14th.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

Cc: All counsel, by ecf