UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANGEL BENITEZ,

       Defendant.

**ORDER**

**21 Cr. 377 (AKH)**

      WHEREAS, with defendant Angel Benitez's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 30, 2023;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York

          May 1, 2023

                            /s/ Alvin K. Hellerstein
                        HONORABLE ALVIN K. HELLERSTEIN
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF NEW YORK