UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER** |
| -against- | : | |
| | : | 21 Cr. 377 (AKH) |
| ANGEL BENITEZ, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendant Angel Benitez, after having had a bail review hearing this morning, shall be remanded to the custody of the United States Marshals.

    SO ORDERED.

Dated:    May 2, 2023
             New York, New York

                                                                  ALVIN K. HELLERSTEIN
                                                     United States District Judge