# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

July 11, 2023

The sentencing is adjourned to
September 21, 2023, at 11:00 am.

**Via ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
July 13, 2023

Re: United States v. Angel Benitez 21Cr377 (AKH)

Dear Judge Hellerstein,

    I am counsel for Mr. Angel Benitez and file this application with the consent of the Government to seek an adjournment of the sentencing hearing that is scheduled for July 26th at 11 am. Counsel is seeking additional time to continue gathering the necessary mitigation materials to properly prepare for sentencing. I am therefore seeking an adjournment to the week of August 14th or to a date thereafter that is convenient for the Court.

    Thank you in advance for any and all consideration of this application. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A. James Bell, Esq.

Cc: All counsel, by ecf